■ SEBASTIAN COPPOLA, Appellant, v. FRANK C. RISEDORPH, Respondent. (Appeal No. 2.) — Judgment unanimously reversed on the law and facts and a new trial granted, with costs to appellant to abide the event. Same Memorandum as in *Coppola* v. *Risedorph* (37 A D 2d 680, decided herewith). (Appeal from judgment of Oneida Trial Term dismissing complaint in automobile negligence action.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.